IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BATON ROUGE SIGN & GRAPHICS, LLC AND JEREMIAH HALFORD<br><br>  Plaintiffs,<br><br>v.<br><br>RYAN WILKINS,<br><br>  Defendant. | Civil Action No. 21-cv-00407-JWD-SDJ |

**CONSENT PERMANENT RESTRAINING ORDER**

Considering the Joint Motion for Entry of a Consent Permanent Restraining Order filed by Plaintiffs, Baton Rouge Sign & Graphics, LLC ("BR Sign") and Jeremiah "Jeremy" Halford (collectively "Plaintiffs") and Defendant, Ryan Wilkins ("Wilkins") and the Parties agreed request for the entry by the Court of the following Consent Permanent Restraining Order:

**THEREFORE, IT IS ORDERED** that for the purposes of this Consent Permanent Restraining Order, BR Sign's "Confidential and Proprietary Information" is defined as records or materials in any form (including records, materials, or data compilations electronically, digitally, and/or physically transmitted or stored), which BR Sign kept confidential or otherwise took steps to protect from disclosure outside of its operations, that relate to BR Sign's business and clients, and their related services and products, including but not limited to: business plans and strategies; business acquisitions, mergers, and sales; business processes; research and development; training

1

and other operational methods and techniques; quality assurance procedures and standards; manuals, policies, and procedures; business records and files; business proposals, drawings, charts, and graphs; client lists; client information; client source lists; purchasing methods; pricing; distribution and selling plans and activities; consultants' reports; product information; marketing and other technical data and studies; employment and other personnel data; financial plans and strategies; financial reports and analyses; profits and losses; budgets; projections; cost analyses; price lists; formulae and analyses; proprietary computer software and data; internal correspondence, notes, and memoranda relating to any of the foregoing; and any copies, summaries, images or backups of any of the foregoing.

**IT IS FURTHER ORDERED** that:

1. Wilkins and all persons and entities acting in concert with him are permanently restrained, enjoined, and prohibited from using, or permitting use of, for his/their benefit or the benefit of third parties, BR Sign's trade secrets or other Confidential and Proprietary Information;

2. Wilkins and all persons and entities acting in concert with him are permanently restrained, enjoined, and prohibited from divulging, revealing, discussing, publishing, disseminating, or communicating BR Sign's trade secrets or other Confidential and Proprietary Information;

3. Wilkins and all persons and entities acting in concert with him are permanently restrained, enjoined, and prohibited from continuing to possess any property,

  records, materials, and information belonging to BR Sign including BR Sign's trade secrets or other Confidential and Proprietary Information;

   a. In order to comply, Wilkins and all persons and entities acting in concert with him have diligently searched for and returned to BR Sign or its counsel any of BR Sign's property, records, materials, or data in whatever form (whether original, copied, computerized, electronically stored, or handwritten);

   b. In order to comply, Wilkins has provided all of his devices for forensic and permanent deletion, at his cost, of all property, records, materials, and information that he took from BR Sign including BR Sign's trade secrets or other Confidential and Proprietary Information, which forensic deletion shall be completed within three weeks of the entry of this Permanent Restraining Order and a certificate of deletion provided to counsel for Plaintiffs;

4. Wilkins is permanently restrained, enjoined, and prohibited from making false factual statements whether written or oral to BR Sign's customers or other third parties that are defamatory about Jeremy Halford, BR Sign, and BR Sign's products, services, management, and business practices;

5. Wilkins and all persons and entities acting in concert with him are permanently restrained, enjoined, and prohibited from gaining unauthorized access to BR Sign's

secured computer systems, including its business Google account, its shared cloud-based data storage, and any of BR Sign's corporate email accounts; and,

6. Wilkins is restrained, enjoined, and prohibited from soliciting, contacting for a business purpose, and/or doing business with any BR Sign customer identified in the listing attached hereto as "BRSign Customer List" for a period of 365 days from the day this Consent Permanent Restraining Order is executed and entered herein by the Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Consent Permanent Restraining Order shall remain in full force and effect unless altered by Court order.

**SIGNED** in Baton Rouge, Louisiana, on this ___29th___ day of ___November___, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC


*/s/Elizabeth A. Liner*
Jennifer L. Anderson (La. Bar No. 23620)
Elizabeth A. Liner (La. Bar No. 34429)
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Facsimile: (225) 343-3612
Email: jlanderson@bakerdonelson.com
Email: bliner@bakerdonelson.com

***Counsel for Baton Rouge Sign & Graphics, LLC and Jeremiah Halford***

-and-

RHORER LAW FIRM

*/s/ S. Bradley Rhorer*
S. Bradley Rhorer (La. Bar No. 25487)
Zachary S. Walker (La. Bar No. 35366)
10566 Airline Highway
Baton Rouge, LA 70816
Telephone: (225) 292-2767
Facsimile: (225) 292-2769
bradr@rhorerlaw.com
zackw@rhorerlaw.com

***Counsel for Ryan Wilkins***

Attachment to Consent Permanent Restraining Order

BRSign Customer List

| | | | | |
|---|---|---|---|---|
| 1 | 1st Heritage Credit | 33 | Anytime Fitness |
| 2 | 365 Enterprises - Street Kings | 34 | Apollo Behavioral Health |
| 3 | 629 Men's Grooming | 35 | Arlington Cottages & Townhomes |
| 4 | 7732 Goodwood Office Building | 36 | Ascension Community |
| 5 | 9round | 37 | Ascension Medical Group (AGI) |
| 6 | AAA Insurance Travel | 38 | Asian Seafood House |
| 7 | Abbott Image Solutions | 39 | Association 1669 Lobdell |
| 8 | Academy | 40 | Atlas Dermatology |
| 9 | Acadiana Center for Natural Health | 41 | Audibel |
| 10 | Acadiana Pediatric Dentistry | 42 | Aurora 225 |
| 11 | Accent Vision Care | 43 | Austin Industrial |
| 12 | Acme Refrigeration | 44 | Autozone |
| 13 | Affordable Pharmacy | 45 | Axis Realty Group |
| 14 | AGI | 46 | Bain Amour |
| 15 | AIPD | 47 | Barberia Jose |
| 16 | AJ Dorhman | 48 | Barriere Construction |
| 17 | All Pro Mobile Detail | 49 | Bart Bernard |
| 18 | All Truck Equipment | 50 | Baton Rouge Men's Clinic |
| 19 | Alliance Source Testing | 51 | Baton Rouge Title Company |
| 20 | Allied Sales & Service | 52 | Bayou Boyz |
| 21 | Allstar Affordable Autos | 53 | Bayou Oaks |
| 22 | Alpha Customs | 54 | Bayou Terrace |
| 23 | Alpha Kappa Alpha Sorority | 55 | Bayou Trends |
| 24 | Altered Salon | 56 | BBP |
| 25 | Amazing Chi | 57 | Beach Bums |
| 26 | Ameri-Air, LLC | 58 | Beausoleil Coastal Cuisine |
| 27 | American Cash Advance | 59 | BellaCosa |
| 28 | American Heart Association | 60 | Bell's Barber Shop |
| 29 | AMG | 61 | Benjamin Moore |
| 30 | Anchor Sign, Inc. | 62 | Bill Hood Nissan |
| 31 | Anna M Jones | 63 | Bill Moore & Associates |
| 32 | Another Broken Egg Café | | |

| | | | | |
|---|---|---|---|---|
| 64 | Black Diamond Express Car Wash | | 99 | Central Baptist Church |
| 65 | Blaine M | | 100 | Central Crossing |
| 66 | Blaze Pizza, New Orleans | | 101 | Central Pharmacy |
| 67 | Bluebonnet Parc | | 102 | Chabert Insurance |
| 68 | Bocage Animal Hospital | | 103 | Champion Tire & Brake |
| 69 | Bofinger Tree Service | | 104 | Charles C. Manuel, General Dentistry |
| 70 | Boh Bros | | 105 | Charlie's Seafood Restaurant |
| 71 | Bouree Restaurant | | 106 | Chateau Living Center |
| 72 | Bourree | | 107 | Chesterton's Fine Cigars |
| 73 | BRCC | | 108 | Chill House |
| 74 | Brightway Insurance | | 109 | Chimizone |
| 75 | Britt Hill | | 110 | China Bear |
| 76 | Building 5 Market & Restaurant | | 111 | Choice Title |
| 77 | Burger King | | 112 | Chris's Specialty Foods |
| 78 | Burkes Outlet | | 113 | Christian Family Worship |
| 79 | Busy B's | | 114 | Christus |
| 80 | Cajun Chiropractic and Rehab | | 115 | Chronic Disease Solutions |
| 81 | Cajun Corner | | 116 | Cintas |
| 82 | Cajun Fast Track | | 117 | Citizens Bank |
| 83 | Cajun Industries | | 118 | City Cafe |
| 84 | Cajun Neon | | 119 | City Heights |
| 85 | Caliente Mexican Craving | | 120 | City Pork |
| 86 | Cannon Crossing | | 121 | Civil Axe Throwing |
| 87 | Capitol Spine & Rehabilitation | | 122 | Classy Nails |
| 88 | Caro Clinic | | 123 | Clearview Glass Solutions |
| 89 | Caroline's Cookies | | 124 | CLH Builders |
| 90 | Carwash $5 | | 125 | Climastor |
| 91 | Cash America Pawn | | 126 | CMC Corporate Solutions |
| 92 | Cashio's Automotive | | 127 | Co Automotive |
| 93 | Cathy's Chicken, Gulf South Sign | | 128 | Coastal Phoenix Investments |
| 94 | CC's Coffee House | | 129 | Coastal Processing, LLC |
| 95 | CCS Concrete Services | | 130 | Coca Cola Bottling Company United, Inc. |
| 96 | Cecil D. Trahan | | 131 | Coconut Willy's |
| 97 | CED | | 132 | Coliseum Center |
| 98 | Celerity Lanier Charter School | | | |

| | | | | |
|---|---|---|---|---|
| 133 | Collaborative Minds | | 168 | Dalton Elementary |
| 134 | College at Northgate | | 169 | David E Stanley |
| 135 | Colonial Oaks | | 170 | David's Bridal |
| 136 | Comet Cleaners | | 171 | Davis Drive Theater |
| 137 | Commerce Group | | 172 | DCI |
| 138 | Community 1st Directional sign | | 173 | DD's Discounts |
| 139 | Concord Capitol | | 174 | Dead Poet Bar |
| 140 | Coney Island | | 175 | Degravelles & Palmintier |
| 141 | Conjure Beauty Lab | | 176 | Delmont Patient Plus |
| 142 | Conn's | | 177 | Delta Home Center |
| 143 | Conn's Banner | | 178 | Delta Media |
| 144 | Conn's Home Plus | | 179 | Denham Patty |
| 145 | Convent Trace | | 180 | Denham Springs Dental Care |
| 146 | Coreil Othodontics | | 181 | Department of Corrections |
| 147 | Corelogix | | 182 | DGS Retail, Inc. |
| 148 | Corkern Family Dental | | 183 | Digital Display Services |
| 149 | Cornay Plaza | | 184 | Dirty Dog Nutrition |
| 150 | Corner Seafood & Wings | | 185 | Doggett Crane Services |
| 151 | Court & Layne Boutique | | 186 | Doggett Machinery Services |
| 152 | Couyon's BBQ | | 187 | Dollar Tree |
| 153 | Coves of the Highland | | 188 | Donaldson Chapel Baptist Church |
| 154 | Crawish Connection | | 189 | Doug Ashy Building Materials |
| 155 | Crestworth Middle | | 190 | Dr Raborn 3D tooth |
| 156 | Cricket | | 191 | Dr. Patrick Briese |
| 157 | Crumbl Cookies | | 192 | Draft Picks |
| 158 | CSC Customs | | 193 | Drug Screening Xpress |
| 159 | Cullen's Babyland Playland | | 194 | DSLD |
| 160 | Custom House Limited | | 195 | Dudley Debosier |
| 161 | CVS Pharmacy | | 196 | Dupont Loans |
| 162 | Cypress Gardens Plaza | | 197 | Dynamic Health |
| 163 | Cypress Meadows | | 198 | EBRSO |
| 164 | Cypress Nutrition | | 199 | Ecogenesis LLC |
| 165 | Cypress Reserve | | 200 | Edible Arrangements |
| 166 | D&H Investments | | 201 | Element Baton Rouge |
| 167 | Daiquiris Supreme | | 202 | Elite Power Sports |

| | | | | |
|---|---|---|---|---|
| 203 | Elite Wellhead Solutions | | 238 | French Truck Coffee |
| 204 | Elle Boutique | | 239 | Galvez Commons |
| 205 | Emerald Palace | | 240 | Game Day Nutrition |
| 206 | Encounter Church | | 241 | Gamers Trinity |
| 207 | Enterprise Signs | | 242 | Gaurdian Care |
| 208 | Epic Piping | | 243 | Geaux Chevrolet |
| 209 | Escape Room | | 244 | Geaux Express Auto Sales |
| 210 | Essential Mortgage Company | | 245 | Geaux Fresh |
| 211 | Excel Software Professionals | | 246 | Gerry Lane Collision Center |
| 212 | Exxon Mobile Pipeline | | 247 | Gilbert Dupaty Memorial Park |
| 213 | Eye Wander | | 248 | Glen Oaks Middle School |
| 214 | EZ Lock | | 249 | Go Auto Insurance |
| 215 | Facilities Maintenance Management | | 250 | Go Physical Therapy |
| 216 | Fairlane Farms | | 251 | Go-Devil |
| 217 | Fairmont Sign Company | | 252 | Good Wolf Power Yoga |
| 218 | Farrell Calhoun | | 253 | Grand Paradise Casino |
| 219 | Federal Heath | | 254 | Great River Industries |
| 220 | Fedex | | 255 | Group Industries |
| 221 | Ferguson | | 256 | Growler USA |
| 222 | First Lady Salon | | 257 | Guaranty Media |
| 223 | First Octave Piano Studio | | 258 | Guardian Care -- J R David Creative |
| 224 | Fiser Law Firm | | 259 | Gulf South Orthopedics |
| 225 | Fitness Expo | | 260 | Gulf South Signs |
| 226 | Fitness Intervention | | 261 | Gulfcoast Orthopedics |
| 227 | Flips Fitness | | 262 | Gulotta's Workwear Outfitters |
| 228 | Fluke's Seafood Shack | | 263 | H Kyle Boutique |
| 229 | Flutter | | 264 | H&R Block |
| 230 | FM Bank | | 265 | Half Time Tire & Oil |
| 231 | Focal Point Eye Care | | 266 | Hampton Collision |
| 232 | Forever Chic | | 267 | Harvest Manor |
| 233 | Fox Pest Control | | 268 | Hazel & Bliss Boutique |
| 234 | Foxglove | | 269 | Hazel & Blues |
| 235 | Francois Cafe & Grill | | 270 | HDC & Associates |
| 236 | Frank's Restaurant | | 271 | Healing Place Church |
| 237 | French Quarter Shopping Center | | 272 | Healthy Smiles |

| | | | | |
|---|---|---|---|---|
| 273 | Healthy U | | 308 | Jazzercise |
| 274 | Heirloom Channel letters | | 309 | Jed's Local |
| 275 | Heleauxs Grocery | | 310 | Jefferson Healthcare |
| 276 | Helix Legal Academy | | 311 | Jefferson Plaza |
| 277 | Hematology Oncology Clinic | | 312 | Jett Foam |
| 278 | Heritage Healthcare of Hammond | | 313 | Jim Wilson & Associates |
| 279 | Herring Stone's | | 314 | JLB The Farm |
| 280 | Highway Fried Chicken | | 315 | Joan Landry |
| 281 | Hoffman/Miller Advertising | | 316 | Joe's Pizza |
| 282 | Home Cut Donuts | | 317 | Joey Malone |
| 283 | Hometown Lenders | | 318 | John Thibodeaux |
| 284 | Hospitality America | | 319 | Jolie Pearl |
| 285 | Hugg & Hall | | 320 | JPHOA |
| 286 | Hwy 30 Multi Tenant Sign | | 321 | Karats Jewelry |
| 287 | Hyoco Distribution | | 322 | Karats Jewelry |
| 288 | ID & Associates | | 323 | Kendra L. Harnett Insurance Agency |
| 289 | Identiti Resources | | 324 | Keogh Cox |
| 290 | ILoveKickboxing | | 325 | Khan Mongolian Grill |
| 291 | IMB Rehab Center | | 326 | Kinder Morgan |
| 292 | Impulsive Delights | | 327 | Kingpin Performance & Offroad |
| 293 | In Loving Arms | | 328 | KK's Cafe & Cakery |
| 294 | Indigo Art Studio | | 329 | Kliebert Law |
| 295 | Innophos, Inc | | 330 | Knighthead Law Firm |
| 296 | Innovative Business Suites | | 331 | Kohl's , Lafayette (AGI) |
| 297 | International Sign Association | | 332 | Kurts & Hebert |
| 298 | Interntional Truck Sales | | 333 | LA Bikini |
| 299 | Ion Alkaline Water | | 334 | LA Dermatology Associates |
| 300 | Iphone | | 335 | La Mange |
| 301 | Isabella Lakes | | 336 | La Petite Learning Center |
| 302 | iSIGNS, Inc. | | 337 | La Pizza Mia |
| 303 | Isla & Ivy Boutique | | 338 | La Pizzeria |
| 304 | Island Trace | | 339 | La Playa Apartments |
| 305 | Jack Gremillion | | 340 | LA Vape & Beyond |
| 306 | J'aime Le Cafe | | 341 | LA Vapor |
| 307 | Jarreau's Cajun Specialties | | 342 | Lagniappe Pharmacy |

10

| | | | | |
|---|---|---|---|---|
| 343 | Lake After Hours | | 378 | Magnolia Brook |
| 344 | Lake Sherwood Club | | 379 | Main Squeeze Juice Co. |
| 345 | Lake Urgent Care | | 380 | Manatee Curdo |
| 346 | Lakeshore | | 381 | Mandez's |
| 347 | Lana Soileau & Associates | | 382 | Marley B's Juice Bar |
| 348 | Lanier Elementary | | 383 | Martial Arts |
| 349 | Las Victoria's | | 384 | Martin Brower |
| 350 | Latter & Blum | | 385 | Mattress Direct |
| 351 | Laundry Diva | | 386 | Mattress Firm |
| 352 | Learning Adventures | | 387 | Maurice Plaza |
| 353 | Leauxcals Insurance | | 388 | Maybery Law Firm |
| 354 | Legacy Plaza | | 389 | Maylea |
| 355 | Leroy's Tiki Bar | | 390 | MBS & Associates |
| 356 | Leverage Audio | | 391 | Mccain Family Eyecare |
| 357 | Liberty Mutual Insurance | | 392 | McDonalds# 38844 |
| 358 | Limcon Construction | | 393 | MDVIP - Dee Dee Luke, MD |
| 359 | Loan Depot | | 394 | Meadow View |
| 360 | Lockhart Plaza | | 395 | Mega Cab |
| 361 | Lofton | | 396 | Melano Brothers Fine Cigars |
| 362 | Long Farm Village | | 397 | Michael's Men's Club |
| 363 | Look at Me 4D Imaging | | 398 | Mid Tap |
| 364 | Louisiana Family Dental | | 399 | Mike Reese |
| 365 | Louisiana Home Health | | 400 | Mike Ward's Liberty Safes |
| 366 | Louisiana Poboy | | 401 | Mind Body & Spirit |
| 367 | Louisiana Wing Co. | | 402 | Misuraca Orthodontic |
| 368 | Lovisa | | 403 | MJM Construction |
| 369 | Lt. Todd Bourgorne | | 404 | Mod Wash |
| 370 | Lucky Dollar Food Mart | | 405 | Model Homes |
| 371 | lucky louie casino | | 406 | Monticello |
| 372 | Lux Salon | | 407 | Mooyah |
| 373 | Lux Spa | | 408 | Morgan Claire |
| 374 | Luxe Nail Bar | | 409 | Morgan Street Dance Company |
| 375 | Luxury Studio | | 410 | Motel 6 |
| 376 | LVS | | 411 | Movie Tavern |
| 377 | M&A Safety | | 412 | Moxi Boutique |

| | | | | |
|---|---|---|---|---|
| 413 | Mt. Calvary Baptist Church | | 448 | Panaderia |
| 414 | Musso Plumbing | | 449 | Paperless Environments |
| 415 | Musson Patout | | 450 | Paradise Inn & Suites |
| 416 | Nadeau | | 451 | Paradise Lakes Subdivision |
| 417 | Nate Furlette | | 452 | Paramont Inspections |
| 418 | Native Wings | | 453 | Parc Lending |
| 419 | Nazaire Plaza | | 454 | Party Time |
| 420 | Networkz | | 455 | Patient Plus Urgent Care |
| 421 | New Hearts Cafe | | 456 | Patient Urgent Care Clinic |
| 422 | New York & Co Outlet | | 457 | Paychex |
| 423 | Nicholson Center | | 458 | PBS Industrial |
| 424 | Nissan | | 459 | Pearl Dental Group |
| 425 | NOLA Dermatology | | 460 | Pelican Nutrition |
| 426 | Noranda Alumina | | 461 | Pennington Biomedical Center |
| 427 | Nouveau Visage | | 462 | Perfect Salon |
| 428 | Oasis Christian Church | | 463 | Perfomance Institute of Acadiana |
| 429 | Oh So pretty pet boutique | | 464 | Perfumes 4U |
| 430 | O'Halloran's Furniture | | 465 | Petroleum Service Corporation |
| 431 | Old Navy | | 466 | Phoenix Onsite |
| 432 | Old Time Farm Supply, Inc | | 467 | Piccadilly |
| 433 | Olive Square Apartments | | 468 | Pilates Plus |
| 434 | Olive Tree International Foods | | 469 | Pilot |
| 435 | Ollie Steele Burden Manor | | 470 | Pine Square Apartments |
| 436 | OLOL | | 471 | Pizza Artista |
| 437 | OMI Environmental & Safety Products | | 472 | Planet Fitness |
| 438 | Omni Collision Center | | 473 | PLantation Management Company |
| 439 | Onesite Audio | | 474 | Playa Bowls |
| 440 | Onsite Audio | | 475 | Pointe Coupee General Hospital |
| 441 | Orange Beauty | | 476 | Pointe Coupee Police Jury |
| 442 | O'reilly Auto Parts | | 477 | Pont De Mouton Plaza |
| 443 | Oshlan Properties | | 478 | Popeyes |
| 444 | Our Lady of the Lake | | 479 | Posh Pre-Owned |
| 445 | OYOF Ministries | | 480 | Pot & Paddle |
| 446 | Pacuific Union Financial | | 481 | Pour |
| 447 | Paige's Dance & Cheer Studio | | 482 | PPM Contractors, Inc. |

| | | | | |
|---|---|---|---|---|
| 483 | Prairieville Pharmacy | | 518 | Rooms to Go |
| 484 | Prairieville Urgent Care | | 519 | Rosie Gourmet Popcorn |
| 485 | Presidential Kuts Cabinet sign | | 520 | Rouj Creole |
| 486 | Prezidential Kutz | | 521 | Rouse's |
| 487 | Primaterra Apartments | | 522 | Royal Jewelers |
| 488 | Prime | | 523 | RPS Composites |
| 489 | Prime Medic Systems | | 524 | Ruggles Sign Company |
| 490 | Prime Occupational Medicine | | 525 | Ryder Truck Rental |
| 491 | Pro Elite Boxing & MMA | | 526 | S Sherwood Square |
| 492 | PT Solutions | | 527 | Saia Auto Consultants |
| 493 | Public House | | 528 | Samson Controls |
| 494 | Quality Concrete | | 529 | Sasso |
| 495 | RAAD Climate Control | | 530 | Save Mart # 4 |
| 496 | Raising Cane's #9 - AGI | | 531 | Save More #4 |
| 497 | Ralph Sellers | | 532 | Scallon Hearing Aid & Audiology |
| 498 | Ratcliff Constructions | | 533 | Scarlett Pearl |
| 499 | Red Dot Storage | | 534 | Scented Jewles |
| 500 | Red Line Nutrition | | 535 | Scoreboards |
| 501 | Redball Oxygen | | 536 | Scott Fences |
| 502 | Reece Supply | | 537 | Seaside Health Systems |
| 503 | Reese Lane | | 538 | Sentry Defense |
| 504 | Regal Nails | | 539 | Shane Fontenot |
| 505 | Reggie Grace | | 540 | Shawn's Cajun Meats |
| 506 | Reginelli's Pizzeria | | 541 | Shenadoah Eye Clinic |
| 507 | Renewed Med Spa | | 542 | Sherwood Oaks |
| 508 | Rent a Center | | 543 | Sherwood Plaza - (ECI) |
| 509 | Resource Bank | | 544 | Shipping Etc |
| 510 | Revolution Hair Salon | | 545 | Shoe Lovers |
| 511 | Rimtyme | | 546 | Siegal Select |
| 512 | Rise Chiropractic | | 547 | Siegan Oaks Apartments |
| 513 | Rite Aid | | 548 | Siegen Calias |
| 514 | River Community Church | | 549 | Sigma Engineeers |
| 515 | River Park | | 550 | Sign Company LLC |
| 516 | RKM Primary Care | | 551 | Sign Crafters |
| 517 | Ron Austin & Associates | | 552 | Signature 1 Apartments |

| | | | | |
|---|---|---|---|---|
| 553 | SignComp | | 588 | Swamp Vapor |
| 554 | Simon Enterprises, LLC | | 589 | Sweet Baton Rouge |
| 555 | SKBAA & Turnkey Building Signage | | 590 | Swoon |
| 556 | Small Cakes | | 591 | Taco Bell |
| 557 | Snap Fitness | | 592 | Take 5 Oil Change |
| 558 | South Park Cleaners | | 593 | Tanger Outlet Mall |
| 559 | Southdowns Village | | 594 | TDDC - Gastroenterology Associates |
| 560 | Southern Family Dental | | 595 | Teet's Food S |
| 561 | Southern Fasteners | | 596 | Telco |
| 562 | Southern Oaks Dental Care | | 597 | Tellus Self Storage |
| 563 | Southern Oaks Plaza | | 598 | TELLUS STORAGE FACES |
| 564 | Southern Recycling | | 599 | The Bank of Commerce |
| 565 | Southern Sophisticate boutique | | 600 | The Bennett Group |
| 566 | Southern Style Automotive | | 601 | The Betty Arms |
| 567 | Southfin Southern Poke | | 602 | The Blind Tiger |
| 568 | Southland Engine Co. | | 603 | The Blue Zoo |
| 569 | Speedy Cash | | 604 | The Eatery |
| 570 | Spring Gardens | | 605 | The FinishingTouch |
| 571 | St. Anne Church | | 606 | The Garden of Life association |
| 572 | St. Christopher College | | 607 | The Grass & Rock Shoppe |
| 573 | St. Nazaire | | 608 | The Home Depot |
| 574 | Star's Bakeshop | | 609 | The Hydration Station |
| 575 | State Farm | | 610 | The Natural Path |
| 576 | Stewart Robbins | | 611 | The Palms Apartments |
| 577 | Stock & Carrillo Insurance | | 612 | The Phoenix At Hammond |
| 578 | Stop N Go | | 613 | The Pink Paisley |
| 579 | Street Breads | | 614 | The Salad Spot |
| 580 | Street King | | 615 | The Shades Motel |
| 581 | Subway | | 616 | The Silver Sun |
| 582 | Sugar Mill Storage Center | | 617 | The Uniform Outlet |
| 583 | Sulzer | | 618 | The Unitarian Church of Baton Rouge |
| 584 | Sunrise Roofing & Construction () | | 619 | The UPS Store |
| 585 | Superior Body & Bedlin | | 620 | The Village at Huns Grove |
| 586 | Superior Carriers | | 621 | Theriot Family Dental Care |
| 587 | Superior Rent To Own | | 622 | Thompson Electric Sign Co. |

| | | | | |
|---|---|---|---|---|
| 623 | Tiger Truck Stop | | 658 | Visable Graphics |
| 624 | Tint Pros | | 659 | Vivid Ink |
| 625 | Tobacco Stop | | 660 | Walgreens |
| 626 | Todd Bougher | | 661 | Wallflower |
| 627 | Tommy's Lock & Alarm | | 662 | Walmart |
| 628 | Tony Clayton | | 663 | Water Barre |
| 629 | Too Saucy Pasta Bar | | 664 | Waterview |
| 630 | Toot Toot's Kitchen | | 665 | Waterway Pediactrics |
| 631 | Total Cell Phone | | 666 | Wells Fargo |
| 632 | Touched by Te | | 667 | Wendy's |
| 633 | Townplace | | 668 | West Centro |
| 634 | Tracks for Kamyrn | | 669 | Whispering Springs |
| 635 | Traction Sports Complex | | 670 | Whitlie Jo |
| 636 | Traction Sportsplex | | 671 | Wild Side Smoke Shop |
| 637 | Tradesmen International | | 672 | Wildwood Pizza |
| 638 | Trapp's | | 673 | Williamson Allemons Regional Eye Center |
| 639 | Tread BR | | 674 | Williamson Eye Center |
| 640 | Trident Inn & Suites | | 675 | Wing Fingers |
| 641 | Triplet's Chicken Blue Store | | 676 | Wing Stop |
| 642 | Tuff Shed | | 677 | Winn Dixie |
| 643 | Turner Industries | | 678 | Woerner Turf |
| 644 | Twisted Sista's Boutique | | 679 | Xclusive Kuts |
| 645 | Ty Hingle | | 680 | Xdesigns |
| 646 | United Christian Faith Ministries | | 681 | Yellow Cab |
| 647 | Uplift | | 682 | Yobe |
| 648 | Valuzzo Companies | | 683 | Yoka Japanese Steakhouse |
| 649 | Vantage Health Plan | | 684 | Youngsville Dental Care |
| 650 | VCG Energy | | 685 | Zen - Noh Grain |
| 651 | Verizon Wireless | | 686 | Zeus |
| 652 | Very Sophisticated Banner | | 687 | Zorbas |
| 653 | VESBR | | | |
| 654 | Viallon Drug Company | | | |
| 655 | Village at Huns Grove | | | |
| 656 | Vinyl & Crafts | | | |
| 657 | VIP Surface Concept | | | |